## DENNIS L. ADKINS *v.* COMMISSIONER OF CORRECTION
### (AC 24972)

Lavery, C. J., and Schaller and Hennessy, Js.

Submitted on briefs February 24—officially released March 29, 2005

PER CURIAM. After careful review of the record and briefs, we conclude that the petitioner has not demonstrated that the issues are debatable among jurists of reason, that a court could resolve the issues in a different manner or that the questions raised deserve encouragement to proceed further. See *Lozada* v. *Deeds*, 498 U.S. 430, 431–32, 111 S. Ct. 860, 112 L. Ed. 2d 956 (1991); *Simms* v. *Warden*, 230 Conn. 608, 616, 646 A.2d 126 (1994).

The appeal is dismissed.

## ANTONIO RIVERA *v.* COMMISSIONER OF CORRECTION
### (AC 25238)

Flynn, Bishop and McLachlan, Js.

Submitted on briefs February 24—officially released March 29, 2005

Per Curiam. The appeal is dismissed.

## ALICE M. TAMBURRINO *v.* CESARE A. TAMBURRINO
### (AC 25510)

DiPentima, McLachlan and Hennessy, Js.

Argued February 22—officially released March 29, 2005

Per Curiam. The judgment is affirmed.